UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NELSON BIDO

v.   C.A. 08-399ML

ASHBEL T. WALL

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated January 6, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Petitioner's Motion to Withdraw unexhausted claims is GRANTED and petitioner is allowed to proceed with his exhausted claim.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
February 24, 2009

Entered as an Order of this Court on February 24, 2009

_____
Deputy Clerk